DECLARATION OF NINA WANG IN SUPPORT OF APPOINTMENT AS TEMPORARY RECEIVER

I, Qing (Nina) Wang, hereby declare as follows:

1. I respectfully submit this Declaration in support of Plaintiff's application for the appointment of a temporary receiver in the above-captioned matter. I make this Declaration based on my personal knowledge and experience.

2. I have more than 20 years of experience in finance, tax law, legal compliance, and corporate management. Over the course of my career, I have served in senior leadership, consulting, and advisory roles for a variety of businesses, including startups and large corporations.

3. Most recently, I have provided business consulting services to multiple startup companies, assisting with their general business development, legal compliance, and accounting and finance functions. In this capacity, I have acted as interim Chief Financial Officer for companies, overseeing strategic planning, financial operations, operational management, and capital raising activities.

4. Previously, I served as Vice President and General Counsel for Greencourt Capital, a U.S. subsidiary of a publicly traded company listed on the Shanghai Stock Exchange, which focused on real estate investment and asset management with over $600 million in total assets under management. In this role, I supervised international transaction structuring, tax planning, tax reporting and auditing, investment decision-making, risk management, annual accounting, and post-investment compliance. I also managed regulatory compliance with HUD and FINRA requirements, as well as securities issuances under SEC Regulation D, Rule 506.

5. Earlier in my career, I worked as a tax attorney and advisor for multinational corporations including Lockheed Martin Corporation, Computer Sciences Corporation, IBM, Deloitte & Touche, and Thelen Reid & Priest LLP.  My work included advising on cross-border mergers and acquisitions, tax planning for major joint ventures, and corporate restructuring projects, such as the formation and operation of United Launch Alliance, a joint venture between Lockheed Martin and Boeing.

6. I hold an Honors Bachelor of Laws (LL.B) degree from Nanjing University and a LL.M degree specializing in Taxation from New York University School of Law.  I am licensed to practice law in the State of New York and am a Certified Public Accountant (CPA) licensed in New York.

7. I have extensive experience in overseeing corporate governance, managing financial records and reporting, handling compliance obligations, supervising litigation, and safeguarding corporate assets — skills that are directly relevant to the duties of a court-appointed receiver.

8. If appointed as Temporary Receiver, I am prepared to exercise independent, impartial, and diligent oversight of Good-Ark USA.  I will preserve and protect its assets, maintain lawful corporate governance, ensure compliance with fiduciary obligations, and report regularly to the Court as directed.

9. **Disclosure**: I disclose that I have previously collaborated as an independent contractor with VCL Legal, the law firm that is currently representing Suzhou Good-Ark Electronics Co., Ltd. in this action.  That collaboration was limited in scope, and I have no financial interest in the outcome of this litigation.  I affirm that I am able and willing to serve as a neutral and independent receiver in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 05/28/2025

Qing (Nina) Wang