UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZHOU GOOD-ARK ELECTRONICS CO., LTD., <br><br> derivatively on behalf of <br><br> GOOD-ARK SEMICONDUCTOR USA CORP., <br><br>                                        Plaintiff <br><br> v. <br><br> DANIELLE JUNKINS, JOHN MARULLO, BRETT SINGER, and GSC USA INC., <br><br> Defendants. <br><br> -and- <br><br> GOOD-ARK SEMICONDUCTOR USA CORP., <br>  Nominal Defendant. | Case No. 2:25-cv-02931 (SJB) |

**JOINT PROPOSED BRIEFING SCHEDULE**

**Defendants' Rule 55(c) Motion to Set Aside Entry of Default and Rule 6(b)(1)(B) Motion for Leave to File Answer Out of Time**

The parties jointly propose the following service schedule, consistent with the Court's Individual Practices:

1. **Defendants' opening papers to be served by: Friday, August 8, 2025** (Notice of Motion, Memorandum of Law, Declaration and Exhibits, and [Proposed] Order.)
2. **Plaintiff's opposition to be served by: Friday, August 22, 2025**
3. **Defendants' reply to be served by: Friday, August 29, 2025**

**Filing and courtesy copies**. The parties will file all motion papers on ECF after the motion is fully briefed, together with a short letter confirming compliance with this schedule. Paper courtesy copies of any memoranda will be delivered to chambers as required.

**Service method.** The parties consent to service by email in PDF format under Federal Rule of Civil Procedure 5(b)(2)(E), unless a party notifies the other of a different agreed method.

Dated: August 8, 2025

**So Proposed:**

      /s/Benjamin Solter
Benjamin Solter (California Bar No. 269388; admitted pro hac vice)
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Telephone: (781) 752-6369
Email: bsolter@cbcounselor.com

*Attorney for Defendants Danielle Junkins, John Marullo, Brett Singer, and GSC USA Inc.*

      /s/ Yong Chen
Yong Chen
LIU, CHEN & HOFFMAN LLP
14 Penn Plaza, Ste 2020
New York, NY 10122
(212) 547-6694 (Tel)
(212) 547-6692 (Fax)
ychen@ambizlaw.com
Attorney for Plaintiff

*Attorney for Plaintiff.*