LIU, CHEN & HOFFMAN LLP
14 Penn Plaza, Ste 2020
New York, NY 10122
(212) 547-6694 (Tel)
(212) 547-6692 (Fax)
ychen@ambizlaw.com

JIN LAW FIRM
P.O. Box 1937
Union City, CA 94587
Telephone: (408) 220-4350
E-mail: jigang.jin@jfuslaw.com

Attorneys for Plaintiff

AND

Benjamin Solter (California Bar No. 269388; admitted pro hac vice)
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Telephone: (781) 752-6369
Email: bsolter@cbcounselor.com
Attorney for Defendants

**March 13, 2026**

**VIA ECF**

The Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Suzhou Good-Ark Electronics Co., Ltd. v. Junkins et al.,* Case No. 2:25-cv-02931, JOINT**

**JOINT LETTER MOTION FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**

Dear Judge Tiscione:

Pursuant to Your Honor's Individual Practice Rules, the parties in the above-referenced matter respectfully submit this joint letter motion to request that the Settlement Conference currently

1

scheduled for March 27, 2026, at 12:15 pm be held telephonically or via video conference, rather than in person.

In the parties' Joint Stipulation filed on February 20, 2026, the parties specifically agreed that "all parties, including corporate representatives... and all counsel... shall attend the conference by phone". This request is based on the significant travel burdens and costs associated with an in-person appearance in Central Islip:

Plaintiff's Location: The Plaintiff, Suzhou Good-Ark Electronics Co., Ltd., is located in China.

Defense Counsel's Location: Counsel for Defendants, Benjamin Solter, is located in Chicago, Illinois.

Plaintiff's counsel Jigang Jin is located in Minneapolis, Minnesota.

The parties believe that conducting the conference telephonically will preserve party resources and facilitate a more efficient resolution of this matter. The parties remain committed to complying with all other aspects of the Court's Order, including the ex parte submission of settlement positions by March 25, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Yong Chen
Yong Chen
Attorney for Plaintiff

/s/ Jigang Jin
Jigang Jin
Attorney for Plaintiff

/s/Benjamin Solter
Benjamin Solter
Attorney for Defendants